1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.I.G. by and through his guardian ad litem LETICIA GARCIA, | 1:11at0650 |
| | |
| Plaintiff, | ORDER GRANTING PETITION FOR GUARDIAN AD LITEM |
| | (Document 5) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

        Petitioner A.J.I.G., through her attorney, filed a motion for appointment of her mother,

Leticia Garcia, as her guardian ad litem on October 19, 2011.  The motion is GRANTED.

        IT IS SO ORDERED.

**Dated:   October 20, 2011**                    /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1