1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| A.J.I.G. by and through his guardian ad litem LETICIA GARCIA, | ) ) ) | 1:11at0650 |
| | ) ) | ORDER GRANTING PETITION FOR GUARDIAN AD LITEM |
| Plaintiff, | ) ) | (Document 5) |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

9
10
11
12
13
14
15
16
17

    Petitioner A.J.I.G., through her attorney, filed a motion for appointment of her mother,

Leticia Garcia, as her guardian ad litem on October 19, 2011.  The motion is GRANTED.

18
19

    IT IS SO ORDERED.

    **Dated:   October 20, 2011**             _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28

1