Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Angel Jesse Isaiah Garcia

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| ANGEL JESSE ISAIAH GARCIA, | Case No.: 11-cv-01758 DLB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE DENNIS L. BECK, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties hereby stipulate to extend the time in which plaintiff must file his opening brief from June 4, 2012, to July 2, 2012, and that all subsequent deadlines as set forth in this court's scheduling order shall be extended accordingly.

Counsel for plaintiff has caused the need for this additional time.  Counsel for plaintiff did not adequately calculate the length of time the briefing of this matter would require.  Additionally, counsel for plaintiff has been required to

1 attend to other matters that were not adequately scheduled beforehand with our
2 office. Counsel for plaintiff respectfully requests the granting of this stipulation
3 for the proper briefing of this matter.
4     IT IS SO STIPULATED.
5 DATE: June 4, 2012    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY: _____
Young Cho
Attorney for plaintiff
ANGEL JESSE ISAIAH GARCIA

Date: June 4, 2012    BENJAMIN B. WAGNER
United States Attorney

BY: /s/ *Patrick W. Snyder*
Patrick W. Snyder
Special Assistant United States Attorney
Attorneys for Defendant MICHAEL J. ASTRUE
Commissioner of Social Security

**ORDER**

**IT IS SO OREDERED**

**June 8, 2012**    **/s/ Dennis L. Beck**
**U.S. MAGISTRATE JUDGE**

-2-