1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

       160 Spear Street, Suite 800
6      San Francisco, California 94105
       Telephone:  (415) 977-8927
7      Facsimile:  (415) 744-0134
       E-Mail: Patrick.Snyder@ssa.gov

   Attorneys for Defendant

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                              FRESNO

   ANGEL JESSE ISAIAH GARCIA,        )
                                     )   CIVIL NO. 1:11-cv-01758 DLB
          Plaintiff,                 )
                                     )
              v.                     )   **STIPULATION FOR EXTENSION OF**
                                     )   **TIME AND ORDER**
   MICHAEL J. ASTRUE,                )
   Commissioner of                   )
   Social Security,                  )
                                     )
          Defendant.                 )
   _____ )

       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including August 31, 2012.  This extension is being sought because of workload issues, including three pending Ninth Circuit Briefs and over a dozen district court filings due in July and August.  This is the Commissioner's first extension request.

       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: August 1, 2012                      */s/ Young Cho*
                                                _____
                                                YOUNG CHO
                                                (as authorized via email)
                                                Attorney at Law
                                                Attorney for Plaintiff

Dated: August 1, 2012                      BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

                                By:
                                                */s/ Patrick William Snyder*
                                                _____
                                                PATRICK WILLIAM SNYDER
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

     Dated:  __**August 2, 2012**__                         _____/s/ **Dennis L. Beck**_____
                                                              UNITED STATES MAGISTRATE JUDGE