1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8927
      Facsimile: (415) 744-0134
      E-Mail: Patrick.Snyder@ssa.gov

   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ANGEL JESSE ISAIAH GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 1:11-cv-01758 DLB<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including August 31, 2012. This extension is being sought because of workload issues, including three pending Ninth Circuit Briefs and over a dozen district court filings due in July and August. This is the Commissioner's first extension request.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: August 1, 2012 | */s/ Young Cho* |
|   | _____ |
|   | YOUNG CHO |
|   | (as authorized via email) |
|   | Attorney at Law |
|   | Attorney for Plaintiff |
|   |   |
| Dated: August 1, 2012 | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | DONNA L. CALVERT |
|   | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: |   |
|   | */s/ Patrick William Snyder* |
|   | _____ |
|   | PATRICK WILLIAM SNYDER |
|   | Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:   **August 2, 2012**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE